# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

No. 26-11349

Appealed from S. Dist. Fla. No. 0:25-cv-61018-WPD

**DANIELLE MORRON,**

Appellant,

v.

**HUNTINGTON NATIONAL BANK**,

Plaintiff-Appellee,

And

**STANLEY KALISH**,

Defendant-Appellee.

**JUDICIAL NOTICE OF UNDISCLOSED RELOCATION OF THE RES IN CUSTODIA LEGIS AND SUPPLEMENT TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

Appellant Danielle Morron respectfully files this Emergency Notice to advise the Court of a material change in the status and location of the defendant vessel, M/Y SOMETHING ABOUT MERI a/k/a "SCRATCH," during the pendency of Appellant's Emergency Motion for Stay of confirmation of judicial sale to Plaintiff-Appellee Pending Appeal.

1. The vessel is no longer located at Yacht Management Services ("YMS"), the location specified for maintenance and custody of the vessel in custodia legis.

2. Appellant was first notified of the vessel's unannounced relocation on Saturday May 9, at 5 PM.

3. **Exhibit A** depicts the slip/location at Yacht Management Services, where the vessel had previously been maintained in judicial custody, now vacant.

4. **Exhibits B** depicts the vessel as of at an apparent private residential location along the New River. **May 11, 2026**

5. No order has been issued on the district court docket authorizing relocation or transfer of the vessel from its prior custodial location.

6. Appellant spoke with the **Captain of the Port** who was not notified of the vessel's relocation.

7. Appellant further contacted the **Broward County Sheriff's Office** regarding the vessel's reported location, and the vessel could not be located at the prior custodial location during the evening of **May 10, 2026** by the Sheriff.

8. No order confirming judicial sale has been entered, title has not transferred, and the res remains subject to ongoing appellate proceedings concerning preservation of meaningful relief and the substitute res.

9. The apparent relocation of the vessel from its known custodial location during the pendency of emergency appellate proceedings materially increases the risk of flight or further vessel concealment, and that the status quo of the res may be altered before this Court can adjudicate Appellant's pending Emergency Motion for Stay Pending Appeal.

10. Immediate disclosure is necessary to preserve the Court's jurisdiction and ability to afford meaningful relief. Appellant respectfully requests for this court to require immediate disclosure of:

      **a. the present custodian of the vessel;**

      **b. the present physical address/location of the vessel;**

      **c. the authority under which the vessel was relocated; and**

      **d. whether the Captain of the Port was notified of the relocation.**

WHEREFORE, Appellant respectfully requests that this Court consider the foregoing in connection with the pending Emergency Motion for Stay Pending Appeal, preserve the status quo pending appellate review, and direct immediate disclosure of the vessel's present custodian and location.

Respectfully submitted,

**/s/ Danielle Morron**

Danielle Morron, Pro Se Appellant
3401 SW Sawgrass Villas Dr., 11-C
Palm City, FL 34990
dmopallc@outlook.com
772-783-3917

# EXHIBIT A



# EXHIBIT B



